# Exhibit 1

Netapp 9606 N Mo Pac Expy Austin, TX | MapQuest    Case 6:20-cv-00369-ADA    Document 1-1    Filed 05/07/20    Page 2 of 2    5/7/20, 11:18 AM

Back    Print

# Netapp



**9606 N Mo Pac Expy,** Austin, TX 78759

(512) 287-7200

**Directions**

