# Exhibit 2

 

Home > Texas > Austin > Data Systems Consultants & Designers > Netapp

## Netapp

Data Systems Consultants & Designers

 **9606 N Mopac Expy**
**Austin, TX 78759**
**Travis County**

 Phone : 512-287-7200

 Claim this business!

---

**Data Consulting USA - Assessment and Implementation**
[Ad] www.r**systems**.com/**data**/**consulting** ▼
Solve Complex Business challenges **and** Increase **Data** Effectiveness. Let's Talk

➤ Visit Website

---

### Information Related To Netapp in Austin, TX 78759

▶ **Contact Person:** Trey Prinz

▶ **Employees:** Estimated 10000+

▶ **Annual Sales:** Estimated $1,000,000,000+

▶ **Industry Classifications:**
   Data Systems Consultants & Designers
   Contractors - Computer

▶ **Tenant Roster:**
   There are 23 tenants including Netapp located at 9606 N Mopac Expy in Austin, TX.
   View Tenant Roster

---

**Professional Not Egotistical - SPSS, SAS, Stata, R and more**
[Ad] www.**methods****consultants**.com/ ▼   (734) 544-8038
Experienced **consultants** answering statistical **and data** science questions since 2009.

About Us    Tutorials
Our Work    Contact Us
Blog

➤ Visit Website

---

▶ **Similar Nearby Companies:**

Sockwell Performance Advisors
Contractors - Computer, **Data Systems Consultants & Designers**

11782 Jollyville Rd
Austin, TX 78759

### Hitachi Data Systems

Computer Services, Contractors - Computer, Computer **System Designers & Consultants**, **Data Systems Consultants & Designers**

9606 N Mopac Expy
Austin, TX 78759

### Regus Data

Contractors - Computer, **Data** Communication Service, **Data Systems Consultants & Designers**

7000 N Mo Pac Expy
Austin, TX 78731
*(2.38 miles from Austin, TX 78759)*

### Johnston & Cloud Inc

Contractors - Computer, **Data Systems Consultants & Designers**

940 E 51st St
Ste 103
Austin, TX 78751
*(5.40 miles from Austin, TX 78759)*

### Titan Datacom

Contractors - Computer, **Data** Communication Service, **Data Systems Consultants & Designers**

4020 S Industrial Dr
Ste 145
Austin, TX 78744
*(12.01 miles from Austin, TX 78759)*

### Scandata Systems

Contractors - Computer, **Data Systems Consultants & Designers**

5700 S Mo Pac Expy
Ste 210
Austin, TX 78749
*(12.22 miles from Austin, TX 78759)*

---

### Famous Designer Jackson Hedden - Design For Manufacturing

[Ad] www.jacksonhedden.com/ ▾

We **Design** Groundbreaking Products For Startups, Companies, **And** Everything In Between. Best Young **and** Upcoming **Designers**, Clint: Lamborghini, Gillette, Ford **And** Start-ups. Industrial **Design**. Branding. UX **and** web development. Packaging **Design**. Services: Industrial **Designs**, Branding, Contact Us.

Contact Jackson Hedden    Awards
About Jackson Hedden

➤ Visit Website

### Certified Data Consultants - Make Sense of Your Data

[Ad] digital.affirma**consulting**.com/**data**/**consulting** ▾   (425) 689-5269

Our BI Solutions Solve Your Toughest Problems - The First Time. Grow **and** Evolve Your Business with Affirma **Data** Science Experts. Contact Us Today! Azure **Consulting**. CRM **Consulting**. **Data** Analytics. SharePoint **Consulting**. Marketing Services. Services: Predictive Analytics, **Data** Visualization.

➤ Visit Website

---

▶ **Nearby Suggestions for Data Systems Consultants & Designers:**

Data Systems Consultants & Designers in Austin, TX 78759

Data Systems Consultants & Designers in Travis County, TX



Netapp



9606 N Mopac Expy
Austin, TX 78759
Get Driving Directions

Leaflet | © OpenStreetMap contributors

List Your Site   Member Login   About Us   Help & FAQ's   Contact Us   Terms of Use   Privacy Policy   Site Map

© 1999-2020 b2bYellowpages.com® - All rights reserved.
b2bYellowpages.com logo and all related marks are trademarks of b2bBiz.com, Inc. All other marks are the property of their respective owners