**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| PROVEN NETWORKS, LLC.,<br>Plaintiff,<br><br>v.<br><br>NETAPP, INC.,<br>Defendant. | Case Nos.  6:20-cv-00369-ADA, WA:20-MC-02959-ADA<br><br><br>**JURY TRIAL DEMANDED** |

**AMENDED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, and for good cause shown, the Court

ORDERS that the following schedule will govern deadlines:

| Original Date | Amended Date | Item |
|---|---|---|
| November 23, 2021 | December 7, 2021 | Opening Expert Reports. |
| December 21, 2021 | January 21, 2022 | Rebuttal Expert Reports. |
| January 8, 2022 | February 4, 2022 | Close of Expert Discovery. |
| January 11, 2022 | February 7, 2022 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. |
| February 1, 2022 | March 3, 2022 | Dispositive motion deadline and *Daubert* motion deadline. |
| | March 31, 2022 | Deadline for Responses to Dispositive and *Daubert* motions |
| | April 21, 2022 | Deadline for Replies to Dispositive and *Daubert* motions |
| | May 12, 2022 | Proposed hearing date for dispositive and Daubert motions. |

It is SO ORDERED.

SIGNED this 27th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE