IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROVEN NETWORKS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> NETAPP, INC., <br><br> Defendant. | Case Nos.  6:20-cv-00369-ADA, WA:20-MC-02959-ADA <br><br> **JURY TRIAL DEMANDED** |

## AGREED MOTION TO AMEND SCHEDULING ORDER

Plaintiff Proven Networks, LLC, jointly with Defendant NetApp, Inc., respectfully asks the Court to enter the proposed schedule in this case based on the agreement reached between the parties. The requested extension is necessary as a result of trial conflicts for Proven's counsel as well as other scheduling conflicts with scheduling the depositions of the parties' experts.

Further, to the extent this Motion seeks to move deadlines for which good cause must be shown, *i.e.* to the extent this Court interprets the Motion to amend the deadlines given by the default schedule in the OGP, Dkt. No. 26, Case No. 6:20-cv-00369-ADA, good cause exists and the relief sought is not for the purposes of delay. Specifically, counsel for Proven has significant scheduling conflicts relating to trial which has resulted in scheduling difficulties for the experts. Additionally, the schedules of the various experts has also resulted in difficulties scheduling the required depositions.  Moreover, this case has been transferred to the Northern District of California for trial.  Dkt. 61.

Therefore, Proven and NetApp respectfully request that the Court enter the Amended Proposed Schedule Order, attached hereto as Exhibit A.

Dated: February 4, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ Steven Udick | /s/ Carrie Williamson (with permission) |
| | John Guaragna (Bar No. 24043308) |
| Reza Mirzaie (CA SBN 246953) | **DLA PIPER LLP (US)** |
| rmirzaie@raklaw.com | 303 Colorado St., Suite 3000 |
| Marc A. Fenster (CA SBN 181067) | Austin, TX 78701 |
| Email: mfenster@raklaw.com | Telephone: (512) 457-7000 |
| Brian D. Ledahl (CA SBN 186579) | Facsimile: (512) 457-7001 |
| Email: bledahl@raklaw.com | john.guaragna@us.dlapiper.com |
| Benjamin T. Wang (CA SBN 228712) | |
| Email: bledahl@raklaw.com | Mark D. Fowler (*Pro Hac Vice*) |
| Paul A. Kroeger (SBN 229074) | Clayton Thompson (*Pro Hac Vice*) |
| pkroeger@raklaw.com | Carrie Williamson (*Pro Hac Vice*) |
| RUSS AUGUST & KABAT | Sangwon Sung (*Pro Hac Vice*) |
| 12424 Wilshire Blvd. 12th Floor | Monica de Lazzari (*Pro Hac Vice*) |
| Los Angeles, CA 90025 | **DLA PIPER LLP (US)** |
| Phone: (310) 826-7474 | 2000 University Avenue |
| | East Palo Alto, California 94303-2214 |
| Steven Udick (TX Bar No. 24079884) | Telephone: (650) 833-2000 |
| Email: sudick@raklaw.com | Facsimile: (650) 833-2001 |
| RUSS AUGUST & KABAT | |
| 5570 FM 423, Suite 250-2069 | ***Attorneys for Defendant NetApp, Inc.*** |
| Frisco, TX 75034 | |
| Phone: (310) 826-7474 | |
| | |
| ***Attorneys for Plaintiff Proven Networks, LLC*** | |

## CERTIFICATE OF SERVICE

I certify that on February 4, 2022, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

Dated: February 4, 2022                                    Respectfully submitted,

                                                           /s/ *Steven Udick*
                                                           Steven Udick