# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| PROVEN NETWORKS, LLC., | Case Nos. 6:20-cv-00369-ADA, WA:20-MC-02959-ADA |
|---|---|
| Plaintiff, | |
| v. | |
| NETAPP, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## AMENDED SCHEDULING ORDER

Pursuant to the Court's Standing Order, Rule 16, Federal Rules of Civil Procedure, and for good cause shown, the Court ORDERS that the following schedule will govern deadlines:

| Original Date | Amended Date | Item |
|---|---|---|
| May 9, 2022 | May 23, 2022 | Dispositive motion deadline and *Daubert* motion deadline. |
| June 6, 2022 | June 20, 2022 | Deadline for Responses to Dispositive and *Daubert* motions |
| June 27, 2022 | July 11, 2022 | Deadline for Replies to Dispositive and *Daubert* motions |
| August 4, 2022 | August 18, 2022 | Proposed hearing date for dispositive and Daubert motions. |

It is SO ORDERED.

SIGNED this 5th day of May, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE